DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LUIS FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | 2:10-CR-00010 LKK |
|                             ) | |
|             Plaintiff,      ) | **STIPULATION AND ORDER** |
|                             ) | |
|      v.                     ) | DATE: March 23, 2010 |
|                             ) | TIME: 9:15 a.m. |
| LUIS FERNANDEZ,             ) | JUDGE: Lawrence K. Karlton |
|                             ) | |
|             Defendant.      ) | |
|                             ) | |
| _____   ) | |

   It is hereby stipulated and agreed to between the United States of America through R. STEVEN LAPHAM, Assistant U.S. Attorney, and defendant, LUIS FERNANDEZ, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Wednesday, February 17, 2010, be continued to Tuesday, March 23, 2010, at 9:15 a.m.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 23, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 12, 2010    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/S/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
LUIS FERNANDEZ

DATED: February 12, 2010    BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
R. STEVEN LAPHAM
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 23, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: February 12, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2