DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LUIS FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br> LUIS FERNANEZ,                  )<br>                                 )<br>            Defendant.           )<br>                                 )<br>_____  ) | Cr.S. 10-0010 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: June 2, 2010<br>TIME: 9:15 a.m.<br>JUDGE: Lawrence K. Karlton |

   It is hereby stipulated and agreed to between the United States of America through Robert Steven Lapham, Assistant U.S. Attorney, and defendant, LUIS FERNANDEZ, by and through his counsel, Benjamin Galloway, Assistant Federal Defender, that the status conference hearing date of April 27, 2010, be vacated and a status conference hearing date of June 2, 2010, at 9:15 a.m. be set.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 2, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 23, 2010            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LUIS FERNANDEZ

DATED: April 23, 2010            BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 ROBERT STEVEN LAPHAM
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 2, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 26, 2010

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT