```
DANIEL J. BRODERICK, #89424
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LUIS FERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. 10-010-LKK |
| Plaintiff,  ) | |
| v.  ) | REQUEST FOR EXTENSION OF DATE FOR SELF-SURRENDER; ORDER |
| LUIS FERNANDEZ,  ) | |
| Defendant.  ) | Judge: Hon. Lawrence K. Karlton |
| _____  ) | |

    Defendant, LUIS FERNANDEZ, through counsel, hereby requests a two-week extension of his self-surrender date from October 4, 2011 to October 18, 2011 at 2:00 p.m..

    Mr. Fernandez seeks an extension of time to self-surrender because he has not yet been designated to an institution by the BOP.  The Marshals have indicated that BOP referred Mr. Fernandez's designation to BOP medical staff for input regarding psychological issues.  The BOP suggests that a continuance of two weeks is sufficient time to allow for such designation.

    Pretrial Services Officer Beth Baker advised the undersigned that Mr. Fernandez remains in compliance with the terms and conditions of his supervised release.

Neither the government nor the probation officer expressed any objection to an extension when asked via email.[1]

Based upon the foregoing, Luis Fernandez requests that this Court vacate the self-surrender date of October 4, 2011, and enter an Order extending the self-surrender date two weeks to October 18, 2011.

Dated:   September 30, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defender
Attorney for Defendant
LUIS FERNANDEZ

**O R D E R**

The self-surrender date of October 4, 2011 is vacated.  Defendant, Luis Fernandez, shall surrender to the facility designated by the Bureau of Prisons or to the United States Marshal Service on October 18, 2011 by 2:00 p.m..

DATED: October 3, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] On September 27, 2011, undersigned counsel emailed both the prosecutor and the probation officer informing them that BOP had not yet designated Mr. Fernandez, and asking them to advise the undersigned if they have any objection to extending the self-surrender date to one by which designation will be complete.  At the time of filing, neither the prosecutor nor the probation officer had responded.

Extension of Self-Surrender            -2-